YETTA MILLER, Appellant, *v.* SOLOMON MILLER, Respondent.

*Judgment — divorce — action to enforce foreign judgment of divorce for cruelty — relief limited to money judgment for unpaid alimony.*

*Miller* v. *Miller*, 219 App. Div. 61, affirmed.

(Submitted November 23, 1927; decided December 13, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1926, which modified and affirmed as modified a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment by default. The action was to enforce a judgment of the District Court of Nevada for absolute divorce and for alimony in favor of the plaintiff and against the defendant herein. The Appellate Division held that the plaintiff herein, having sued on a decree of a foreign court granting divorce on the ground of cruelty, is limited under section 1172 of the Civil Practice Act to the recovery of a money judgment for the amount representing alimony for the support of herself and her children due and unpaid at the time specified in the order.

*Morris Hillquit* for appellant.

*Benjamin Barondess* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS DEVOE, Appellant.

*Crimes — reckless driving — judgment of conviction affirmed.*

(Submitted November 23, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Nassau County Court entered June 18, 1927, which affirmed a judgment of the Court of Special Sessions in the town of